IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00358-RPM

STEPHEN SCHULER, JR.,

    Plaintiff,

v.

THE UNIVERSITY OF DENVER,

    Defendants.

_____

ORDER DENYING MOTION TO ENFORCE SETTLEMENT AGREEMENT
_____

Upon review of the relevant filings, it is

ORDERED that the Defendant's Motion to Enforce Settlement Agreement, filed April 12, 2013, [6] is denied.

DATED: June 5th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior Judge