IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:13-cv-00358-RPM

STEPHEN SCHULER, Jr.,

    Plaintiff/Counterclaim Defendant,

v.

THE UNIVERSITY OF DENVER,

    Defendant/Counterclaim Plaintiff.

---

**ORDER GRANTING STIPULATED MOTION TO AMEND THE SCHEDULING ORDER**

---

This matter, having come before the Court on the Stipulated Motion to Amend the Scheduling Order (the "Motion"), and the Court, being duly advised in the premises, hereby GRANTS said Motion.

IT IS THEREFORE ORDERED that the parties shall have up to and including April 1, 2014 within which to complete discovery and the deadline to file dispositive motions is extended to April 29, 2014.

DATED: January 15th, 2014.

                                            BY THE COURT:

                                            s/Richard P. Matsch

                                            _____
                                            Richard P. Matsch, Senior District Judge