**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:13-cv-00358-RPM

STEPHEN SCHULER, Jr.

      Plaintiff/Counterclaim Defendant,

v.

THE UNIVERSITY OF DENVER,

      Defendant/Counterclaim Plaintiff.

---

**ORDER GRANTING DEFENDANT/COUNTERCLAIM PLAINTIFF'S <u>UNOPPOSED</u>
MOTION TO DEEM REQUESTS FOR ADMISSION ADMITTED**

---

      This matter, having come before the Court on Defendant/Counterclaim Plaintiff's <u>Unopposed</u> Motion to Deem Requests for Admission Admitted (the "Motion"), and the Court, being duly advised in the premises, hereby GRANTS said Motion.

      IT IS THEREFORE ORDERED that the five (5) Requests for Admission contained in Defendant's First Requests for Admission to Plaintiff served on counsel for Plaintiff on December 13, 2013, are hereby deemed admitted and undisputed pursuant to Fed. R. Civ. P. 36(a)(3).

      DATED: April 2nd, 2014.

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior District Judge