UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00358-RPM

STEPHEN SCHULER, JR.,

    Plaintiff

v.

THE UNIVERSITY OF DENVER,

    Defendant

## ORDER GRANTING UNOPPOSED MOTION TO TAKE RULE 30(b)(6) DEPOSITION OF DEFENDANT OUT OF TIME

THIS MATTER comes before the Court upon Plaintiff's Unopposed Motion to Take Rule 30(b)(6) Deposition of Defendant Out of Time.

THE COURT, having reviewed the Unopposed Motion, and being otherwise sufficiently advised in the premises, HEREBY ORDERS:

1. The Rule 30(b)(6) deposition of Defendant out of time.

2. This is the only discovery the Court will permit after the current discovery deadline; this Order does not generally extend the deadline to conduct discovery.

DATED this 2nd day of April, 2014.

BY THE COURT:

s/Richard P. Matsch

Richard P. Matsch, Senior District Judge