UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 13-cv-00358-RPM

STEPHEN SCHULER, JR.,

    Plaintiff,

v.

THE UNIVERSITY OF DENVER,

    Defendant.

_____

### ORDER DENYING STIPULATED MOTION TO AMEND SCHEDULING ORDER
_____

    The parties filed a Stipulated Motion to Amend Scheduling Order today to set dates in May and June for expert disclosures and expert related discovery. There is pending a plaintiff's motion for partial summary judgment and in response to it the defendant indicates an intention to file a motion for summary judgment. These motions relate to the enforceability of a settlement agreement which could dispose of this civil action. Accordingly, it appears that there is no reason to designate expert witnesses at least until these motion are resolved. Accordingly, it is

    ORDERED that the stipulated motion to amend the scheduling order is denied.

    DATED: April 29th, 2014.

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior District Court