IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00358-RPM

STEPHEN SCHULER, JR.,

    Plaintiff,

v.

THE UNIVERSITY OF DENVER,

    Defendants.

_____

## JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order entered by Senior Judge Richard P. Matsch on October 1, 2014, it is

ORDERED AND ADJUDGED that Defendant's Second and Fourth Counterclaims are dismissed without prejudice. It is

FURTHER ORDERED AND ADJUDGED that judgment is entered for the Defendant The University of Denver and against Plaintiff Stephen Schuler, Jr. This civil action is dismissed. Defendant is awarded costs upon the filing of a bill of costs within 14 days.

DATED:  October 1, 2014

FOR THE COURT:

JEFFREY P. COLWELL, Clerk

    s/M. V. Wentz
By_____
    Deputy