UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00358-RPM

STEPHEN SCHULER, JR.,

Plaintiff

v.

THE UNIVERSITY OF DENVER,

Defendant

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Stephen Schuler, Jr., Plaintiff in the above-named case, through counsel, M. Gabriel McFarland and Cyd Hunt of Evans & McFarland, LLC, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum Opinion and Order dated October 1, 2014 [Doc. 71] and Judgment dated October 1, 2014 [Doc. 72].

Respectfully submitted this 31st day of October, 2014.

EVANS & MCFARLAND, LLC

*The original signature is on file at Evans & McFarland, LLC*

s/ Cyd Hunt
M. Gabriel McFarland
Cyd Hunt
Evans & McFarland LLC
910 13th Street, Suite 200
Golden, CO 80401
Telephone: (303) 279-8300
FAX: (303) 277-1620
E-mail: gmcfarland@emlawyers.com
chunt@emlawyers.com

ATTORNEYS FOR APPELLANT

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2014, I electronically filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, who will send notification of such filing to at least the following via e-mail:

Austin E. Smith
Heidi K. Wilbur
Ogletree, Deakins, Nash, Smoak
& Stewart, P.C.

Eloise Henderson Bouzari
Law Offices of Louise Bouzari, LLC

s/Gina Bowermaster
Gina Bowermaster

00048323.DOC;1