**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00358-RPM

STEPHEN SCHULER, JR.,

Plaintiff/Counterclaim Defendant,

v.

THE UNIVERSITY OF DENVER,

Defendant/Counterclaim Plaintiff.

---

**DEFENDANT/COUNTERCLAIMANT**
**UNIVERSITY OF DENVER'S NOTICE OF CROSS APPEAL**

---

Pursuant to Federal Rule of Appellate Procedure 4(a)(3), notice is hereby given that Defendant/Counterclaim Plaintiff University of Denver ("DU"), by and through its counsel, Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum Opinion and Order on Defendant's First and Third Counterclaims and Plaintiff's Second Claim for Relief dated August 15, 2014 (Dkt. #68) but for which judgment was not entered until October 1, 2014 (Dkt. #72).

Respectfully submitted this 14th day of November, 2014.

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

*s/ Austin E. Smith*
Austin E. Smith
Heidi K. Wilbur
1700 Lincoln Street, Suite 4650
Denver, CO 80203
Telephone: 303.764.6800
Facsimile: 303.831.9246
austin.smith@ogletreedeakins.com
heidi.wilbur@ogletreedeakins.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of November, 2014, a copy of the foregoing **DEFENDANT/COUNTERCLAIMANT UNIVERSITY OF DENVER'S NOTICE OF CROSS APPEAL** was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Eloise Henderson Bouzari
louise@bouzarilaw.com

Katherine Gerland
kate@bouzarilaw.com

M. Gabriel McFarland
gmcfarland@emlawyers.com

Cyd Hunt
chunt@emlawyers.com

*s/ Linda R. Kerman*
Linda R. Kerman, Paralegal