UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00358-RPM

STEPHEN SCHULER, JR.,

Plaintiff

v.

THE UNIVERSITY OF DENVER,

Defendant

---

**NOTICE OF SATISFACTION OF JUDGMENT**

---

PLEASE TAKE NOTICE that Plaintiff, Stephen Schuler, Jr., has satisfied any/all judgments entered against him in this action, inclusive of attorney fees.

DATED: February 6, 2015.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*s/ Jim Goh*
Jim Goh
Austin E. Smith
Heidi K. Wilbur
1700 Lincoln Street, Suite 4650
Denver, CO 80203
Telephone: 303.764.6800
Facsimile: 303.831.9246
jim.goh@ogletreedeakins.com
austin.smith@ogletreedeakins.com
heidi.wilbur@ogletreedeakins.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2015, I electronically filed the foregoing **NOTICE OF SATISFACTION OF JUDGMENT** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to at least the following via email:

M. Gabriel McFarland
Cyd Hunt
Evans & McFarland, LLC
gmcfarland@EMLawyers.com
chunt@emlawyers.com

*s/ Jim Goh*
Jim Goh

20261159.1