**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**February 9, 2015**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

STEPHEN SCHULER, JR.,

Plaintiff Counter Defendant - Appellant/Cross-Appellee,

v.

THE UNIVERSITY OF DENVER,

Defendant Counterclaimant - Appellee/Cross-Appellant.

Nos. 14-1456 and 14-1477
(D.C. No. 1:13-CV-00358-RPM)

---

**ORDER**

---

In accordance with 10th Cir. R. 33.1 and upon consideration of the stipulation of the parties to voluntarily dismiss the captioned appeals, these appeals are dismissed. *See* Fed. R. App. P. 42(b).

Each party will bear their own costs on appeal. A copy of this order will stand as the mandate of the court.

Entered for the Court

Elisabeth A. Shumaker

ELISABETH A. SHUMAKER, Clerk