**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

Chris Wolpert
Chief Deputy Clerk

February 09, 2015

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Ms. Eloise Henderson Bouzari
Law Offices of Louise Bouzari, LLC
7887 East Belleview Avenue
Suite 1100
Englewood, CO 80111

Mr. Jim Goh
Ogletree Deakins
Wells Fargo Center
1700 Lincoln Street, Suite 4650
Denver, CO 80203

Ms. Cyd A. Hunt
Evans & McFarland, LLC
910 13th Street, Suite 200
Golden, CO 80401-0000

Mr. Matthew Gabriel McFarland
Evans & McFarland, LLC
910 13th Street, Suite 200
Golden, CO 80401-0000

Mr. Austin Evans Smith
Ms. Heidi Kristina Wilbur
Ogletree Deakins
Wells Fargo Center
1700 Lincoln Street, Suite 4650

Denver, CO 80203

**RE:** **14-1456, 14-1477, Schuler v. University of Denver**
Dist/Ag docket: 1:13-CV-00358-RPM

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing these cases.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/jm